UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

-FILED-
IN OPEN COURT

FEB 1 1 2026

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | Four Counts |
| | ) | |
| v. | ) | Case No. 3:26-cr-_11 CCB SJP_ |
| | ) | |
| | ) | |
| SCOTT PRUITT | ) | 18 U.S.C. § 875(c) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about January 11, 2026, in the Northern District of Indiana,

**SCOTT PRUITT,**

defendant herein, knowingly and willfully did transmit in interstate and foreign commerce a communication containing a threat to injure the person of another.

All in violation of Title 18, United States Code, Section 875(c).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2

On or about January 12, 2026, in the Northern District of Indiana,

## SCOTT PRUITT,

defendant herein, knowingly and willfully did transmit in interstate and foreign commerce a communication containing a threat to injure the person of another.

All in violation of Title 18, United States Code, Section 875(c).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3

On or about January 13, 2026, in the Northern District of Indiana,

### SCOTT PRUITT,

defendant herein, knowingly and willfully did transmit in interstate and foreign commerce a communication containing a threat to injure the person of another.

All in violation of Title 18, United States Code, Section 875(c).

THE GRAND JURY FURTHER CHARGES:

## COUNT 4

On or about January 15, 2026, in the Northern District of Indiana,

## SCOTT PRUITT,

defendant herein, knowingly and willfully did transmit in interstate and foreign commerce a communication containing a threat to injure the person of another.

All in violation of Title 18, United States Code, Section 875(c).

Dated: February 11, 2026

A TRUE BILL:

_/s/ Grand Jury Foreperson_
Grand Jury Foreperson

ADAM L. MILDRED
UNITED STATES ATTORNEY

By:   _/s/ Lydia T. Lucius_
Lydia T. Lucius
Assistant United States Attorney