UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

-FILED-
IN OPEN COURT

FEB 1 1 2026

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA )
)
v. ) Case No. 3:26-CR- 11 CCB SJF
)
SCOTT PRUITT )
)

## MOTION TO SEAL INDICTMENT

The United States of America moves this Honorable Court for an Order SEALING the case until further order of this Court, with the limited exception that agents be permitted to enter defendant's arrest warrant information into the NCIC database.

Respectfully submitted,

ADAM L. MILDRED
UNITED STATES ATTORNEY

By:   s/ Lydia T. Lucius
      Lydia T. Lucius
      Assistant United States Attorney
      United States Attorney's Office
      204 S. Main St. Room M01
      South Bend, IN 46601
      Phone: 574-236-8287
      Email: lydia.lucius@usdoj.gov